| Fill in this information to identify your case: | |
|---|---|

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

Chapter you are filing under:

- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

**F I L E D**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

MAY 29 2018

JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - KN

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **MICHAEL** <br> First Name <br> **RYAN** <br> Middle Name <br> **KULBARTZ** <br> Last Name <br><br> Suffix (Sr., Jr., II, III) | First Name <br><br> Middle Name <br><br> Last Name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | **M.** <br> First Name <br> **RYAN** <br> Middle Name <br> **KULBARTZ** <br> Last Name | First Name <br><br> Middle Name <br><br> Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – __5_ _9_ _0_ _3_ <br> OR <br> 9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ <br> OR <br> 9xx – xx – ____ ____ ____ ____ |

Debtor 1   **MICHAEL RYAN KULBARTZ** _____   Case number (if known) _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

About Debtor 1:

☑ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

About Debtor 2 (Spouse Only in a Joint Case):

☐ I have not used any business names or EINs.

Business name _____

Business name _____

Business name _____

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

EIN ___ ___ – ___ ___ ___ ___ ___ ___ ___

**5.** **Where you live**

**141 NORTH JUNIPER STREET** _____
Number    Street

_____

**CORTLAND        IL      60112**
City                State   ZIP Code

**DEKALB**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State   ZIP Code

If Debtor 2 lives at a different address:

_____
Number    Street

_____

_____
City                State   ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                State   ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

_Check one:_

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

_Check one:_

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.  Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

_Check one:_  (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **MICHAEL RYAN KULBARTZ** _____    Case number (if known) _____

| | |
|---|---|
| 8. **How you will pay the fee** | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
| | ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A). |
| | ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition. |

9. **Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.

District _____   When _____   Case number _____
                                          MM / DD / YYYY

District _____   When _____   Case number _____
                                          MM / DD / YYYY

District _____   When _____   Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____   Relationship to you _____

District _____   When _____   Case number, _____
                                          MM / DD / YYYY        if known

Debtor _____   Relationship to you _____

District _____   When _____   Case number, _____
                                          MM / DD / YYYY        if known

11. **Do you rent your residence?**

☑ No.   Go to line 12.
☐ Yes.  Has your landlord obtained an eviction judgment against you?

       ☐ No.  Go to line 12.
       ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **MICHAEL RYAN KULBARTZ**                                    Case number (if known) _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☐ No. Go to Part 4.
☑ Yes. Name and location of business

**JAILHOUSE CUSTOMS**
Name of business, if any

**141 NORTH JUNIPER STREET**
Number     Street

_____

**CORTLAND**                                    **IL**      **60112**
City                                             State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.   I am not filing under Chapter 11.

☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property? _____
Number     Street

_____

_____
City                          State    ZIP Code

---

Debtor 1  **MICHAEL RYAN KULBARTZ** _____   Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **MICHAEL RYAN KULBARTZ**_____   Case number (if known) _____

---

## Part 6:   Answer These Questions for Reporting Purposes

16. What kind of debts do you have?

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts. _____

17. **Are you filing under Chapter 7?**
☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**
☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
☑ No
☐ Yes

18. **How many creditors do you estimate that you owe?**
☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

19. **How much do you estimate your assets to be worth?**
☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

20. **How much do you estimate your liabilities to be?**
☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1   **MICHAEL RYAN KULBARTZ**                                    Case number (if known) _____

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____          X _____
MICHAEL RYAN KULBARTZ, Debtor 1                  Signature of Debtor 2

Executed on 05/22/2018                            Executed on _____
MM / DD / YYYY                                          MM / DD / YYYY

Debtor 1   **MICHAEL RYAN KULBARTZ**                                    Case number (if known) _____

| | |
|---|---|
| **For you if you are filing this bankruptcy without an attorney**<br><br>**If you are represented by an attorney, you do not need to file this page.** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☐ No
☑ Yes.   Name of Person   **Edward J Gremo Jr**
         Attach   *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*   (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X _____          X _____
MICHAEL RYAN KULBARTZ, Debtor 1               Signature of Debtor 2

Date 05/22/2014                              Date _____
    MM / DD / YYYY                                MM / DD / YYYY

Contact phone _____        Contact phone _____

Cell phone   **(630) 750-9622**                Cell phone _____

Email address _____       Email address _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **MICHAEL**<br>First Name | **RYAN**<br>Middle Name | **KULBARTZ**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:   Summarize Your Assets

Your assets
Value of what you own

1.   *Schedule A/B: Property* (Official Form 106A/B)

    1a.  Copy line 55, Total real estate, from Schedule A/B............................................................... **$166,500.00**

    1b.  Copy line 62, Total personal property, from Schedule A/B...................................................... **$5,822.00**

    1c.  Copy line 63, Total of all property on Schedule A/B............................................................... **$172,322.00**

### Part 2:   Summarize Your Liabilities

Your liabilities
Amount you owe

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a.  Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$160,176.00**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a.  Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... **$0.00**

    3b.  Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+ $31,416.56**

                                                                                    Your total liabilities   **$191,592.56**

### Part 3:   Summarize Your Income and Expenses

4.   *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of Schedule I................................................................ **$3,639.11**

5.   *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of Schedule J...................................................................... **$3,559.66**

Debtor 1   **MICHAEL RYAN KULBARTZ**                              Case number (if known) _____

---

| **Part 4:** | **Answer These Questions for Administrative and Statistical Records** |

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
☑ Yes

7.  **What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8.  **From the** *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.    | **$3,304.14** |

9.  Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

|  | Total claim |
|---|---|
| From Part 4 on *Schedule E/F,* copy the following: | |
| 9a.  Domestic support obligations.  (Copy line 6a.) | **$0.00** |
| 9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.) | **$0.00** |
| 9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.) | **$0.00** |
| 9d.  Student loans.  (Copy line 6f.) | **$0.00** |
| 9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.) | **$0.00** |
| 9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.) | + **$0.00** |
| 9g.  **Total.**   Add lines 9a through 9f. | **$0.00** |

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **MICHAEL** | **RYAN** | **KULBARTZ** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106A/B

## Schedule A/B: Property                                                                12/15

In each category, separately list and describe items.  List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☐ No.  Go to Part 2.
☑ Yes.  Where is the property?

1.1.

**141 NORTH JUNIPER STREET**
Street address, if available, or other description

**CORTLAND          IL     60112**
City                     State   ZIP Code

**DEKALB**
County

**SINGLE FAMILY HOME**
**SINGLE FAMILY HOME**

**What is the property?**
Check all that apply.

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?**
Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:   **0920358003**

Do not deduct secured claims or exemptions.  Put the
amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$166,500.00** | **$166,500.00** |

Describe the nature of your ownership
interest (such as fee simple, tenancy by the
entireties, or a life estate), if known.

**FEE SIMPLE**

☐ Check if this is community property
(see instructions)

2.   Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1.  Write that number here..............................➔   | **$166,500.00** |

### Part 2:   Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?  Include any vehicles
you own that someone else drives.  If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

Debtor 1    **MICHAEL RYAN KULBARTZ** _____    Case number (if known) _____

| 3.1. | | Who has an interest in the property?<br>Check one. | Do not deduct secured claims or exemptions.  Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Make: | **HARLEY** | ☑ Debtor 1 only | |
| Model: | **FATBOY** | ☐ Debtor 2 only | Current value of the entire property? / Current value of the portion you own? |
| Year: | **2006** | ☐ Debtor 1 and Debtor 2 only | |
| Approximate mileage: | **30,000** | ☐ At least one of the debtors and another | **$4,000.00**  **$4,000.00** |

Other information:
**2006 HARLEY FATBOY (approx. 30000 miles)**    ☐ Check if this is community property
(see instructions)

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2.  Write that number here........................................ →    **$4,000.00**

## Part 3:    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?    Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe..... **DINING ROOM TABLE & CHAIRS, COUCH, BEDS, NIGHT STAND, PLATES,**    **$450.00**
   **GLASSES, POTS & PANS**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe..... **STEREO, SPEAKERS, LAPTOP**    **$200.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe..... **SHIRTS, PANTS, SHOES, COAT**    **$50.00**

Debtor 1   **MICHAEL RYAN KULBARTZ** _____   Case number (if known) _____

12. **Jewelry**
    _Examples:_ Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe..... _____

13. **Non-farm animals**
    _Examples:_ Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe..... _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific
    information............ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**...................................................................... ➔ | **$700.00** |

## Part 4:   Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

16. **Cash**
    _Examples:_ Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes............................................................................... Cash: ......................... _____ **$25.00**

17. **Deposits of money**
    _Examples:_ Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes...........................   Institution name:

    17.1.   Checking account:   **Checking account** _____   **$347.00**

18. **Bonds, mutual funds, or publicly traded stocks**
    _Examples:_ Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes...........................   Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes. Give specific
    information about
    them.........................   Name of entity:                   % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    _Negotiable instruments_ include personal checks, cashiers' checks, promissory notes, and money orders.
    _Non-negotiable instruments_ are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific
    information about
    them.........................   Issuer name:

Debtor 1   **MICHAEL RYAN KULBARTZ** _____   Case number (if known) _____

**21.  Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☐ No
☑ Yes.  List each
account separately.   Type of account:   Institution name:

401(k) or similar plan:   **401(k)** _____   Unknown

Pension plan:   **Pension plan** _____   Unknown

**22.  Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................   Institution name or individual:

**23.  Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes............................   Issuer name and description:

**24.  Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes............................   Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25.  Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**

☑ No
☐ Yes.  Give specific   _____
information about them

**26.  Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific   _____
information about them

**27.  Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific   _____
information about them

**Money or property owed to you?**                                   **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28.  Tax refunds owed to you**

☑ No
☐ Yes.  Give specific information   Federal: _____
about them, including whether
you already filed the returns   State: _____
and the tax years....................
Local: _____

Debtor 1   **MICHAEL RYAN KULBARTZ** _____   Case number (if known) _____

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

   ☑ No
   ☐ Yes. Give specific information

   Alimony:            _____
   Maintenance:        _____
   Support:            _____
   Divorce settlement: _____
   Property settlement: _____

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

   ☑ No
   ☐ Yes. Give specific information                                            _____

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

   ☑ No
   ☐ Yes. Name the insurance
       company of each policy
       and list its value............... Company name:        Beneficiary:        Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

   ☑ No
   ☐ Yes. Give specific information                                            _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☑ No
   ☐ Yes. Describe each claim........                                          _____

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☑ No
   ☐ Yes. Describe each claim........                                          _____

**35. Any financial assets you did not already list**

   ☑ No
   ☐ Yes. Give specific information                                            _____

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**............................................................................. →   | $372.00 |

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

   ☐ No. Go to Part 6.
   ☑ Yes. Go to line 38.

Debtor 1   **MICHAEL RYAN KULBARTZ** _____   Case number (if known) _____

|  | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..                                                                                                _____

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..                                                                                                _____

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☑ Yes. Describe..  **WRENCHES, SOCKETS, SCREW DRIVERS, JACK STAND, AIR COMPRESSOR**   _____ $750.00

**41. Inventory**

☑ No
☐ Yes. Describe..                                                                                                _____

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....  Name of entity:                               % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
　　　　☐ No
　　　　☐ Yes.  Describe.....                                                                                _____

**44. Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.                                                                      _____

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**............................................................................ → | $750.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** If you own or have an interest in farmland, list it in Part 1. |
|---|---|

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

|  | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes...                                                                                                          _____

**Schedule A/B: Property**

Debtor 1    **MICHAEL RYAN KULBARTZ** _____    Case number (if known) _____

48. **Crops--either growing or harvested**

  ☑ No
  ☐ Yes.  Give specific
  information...............                                                    _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

  ☑ No
  ☐ Yes....                                                                     _____

50. **Farm and fishing supplies, chemicals, and feed**

  ☑ No
  ☐ Yes....                                                                     _____

51. **Any farm- and commercial fishing-related property you did not already list**

  ☑ No
  ☐ Yes.  Give specific
  information...............                                                    _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have
    attached for Part 6.  Write that number here**..........................................    ➔    | $0.00 |

## Part 7:   Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:*  Season tickets, country club membership

  ☑ No
  ☐ Yes.  Give specific information.

54. **Add the dollar value of all of your entries from Part 7.  Write that number here**...........................    ➔    | $0.00 |

## Part 8:   List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**........................................................................    ➔    $166,500.00

56. **Part 2: Total vehicles, line 5**                                    $4,000.00

57. **Part 3: Total personal and household items, line 15**               $700.00

58. **Part 4: Total financial assets, line 36**                           $372.00

59. **Part 5: Total business-related property, line 45**                  $750.00

60. **Part 6: Total farm- and fishing-related property, line 52**         $0.00

61. **Part 7: Total other property not listed, line 54**          +       $0.00

62. **Total personal property.**   Add lines 56 through 61.................    | $5,822.00 |    Copy personal    ➔    +    $5,822.00
                                                                                                property total

63. **Total of all property on Schedule A/B.**   Add line 55 + line 62.................................................    | $172,322.00 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **MICHAEL** | **RYAN** | **KULBARTZ** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                                04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*
   - ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**SINGLE FAMILY HOME**<br>**SINGLE FAMILY HOME**<br>**Parcel: 0920358003**<br>Line from *Schedule A/B*: __1.1__ | **$166,500.00** | ☑ **$11,875.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**2006 HARLEY FATBOY (approx. 30000 miles)**<br>Line from *Schedule A/B*: __3.1__ | **$4,000.00** | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
       - ☐ No
       - ☐ Yes

Debtor 1   **MICHAEL RYAN KULBARTZ**                              Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**DINING ROOM TABLE & CHAIRS, COUCH, BEDS, NIGHT STAND, PLATES, GLASSES, POTS & PANS**<br>Line from *Schedule A/B*: __6__ | $450.00 | ☑ **$450.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**STEREO, SPEAKERS, LAPTOP**<br>Line from *Schedule A/B*: __7__ | $200.00 | ☑ **$200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**SHIRTS, PANTS, SHOES, COAT**<br>Line from *Schedule A/B*: __11__ | $50.00 | ☑ **$50.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**CASH**<br>Line from *Schedule A/B*: __16__ | $25.00 | ☑ **$25.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**Checking account**<br>Line from *Schedule A/B*: __17.1__ | $347.00 | ☑ **$347.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**401(k)**<br>Line from *Schedule A/B*: __21__ | Unknown | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**Pension plan**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __21__ | Unknown | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**Pension plan**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __21__ | Unknown | ☑ **$0.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br>**WRENCHES, SOCKETS, SCREW DRIVERS, JACK STAND, AIR COMPRESSOR**<br>Line from *Schedule A/B*: __40__ | $750.00 | ☑ **$750.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:  **MICHAEL RYAN KULBARTZ**                    CASE NO

                                                     CHAPTER    **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**                              Scheme Selected: **State**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|---------------------|------------------------|
| 1. | Real property | $166,500.00 | $154,625.00 | $11,875.00 | $11,875.00 | $0.00 |
| 3. | Motor vehicles (cars, etc.) | $4,000.00 | $5,551.00 | $0.00 | $0.00 | $0.00 |
| 4. | Water/Aircraft, Motor Homes, Rec. veh. and access. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6. | Household goods and furnishings | $450.00 | $0.00 | $450.00 | $450.00 | $0.00 |
| 7. | Electronics | $200.00 | $0.00 | $200.00 | $200.00 | $0.00 |
| 8. | Collectibles of value | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9. | Equipment for sports and hobbies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10. | Firearms | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11. | Clothes | $50.00 | $0.00 | $50.00 | $50.00 | $0.00 |
| 12. | Jewelry | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Non-farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Unlisted pers. and household items- incl. health aids | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16. | Cash | $25.00 | $0.00 | $25.00 | $25.00 | $0.00 |
| 17. | Deposits of money | $347.00 | $0.00 | $347.00 | $347.00 | $0.00 |
| 18. | Bonds, mutual funds or publicly traded stocks | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Non-pub. traded stock and int. in businesses | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Govt. and corp. bonds and other instruments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Retirement or pension accounts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22. | Security deposits and prepayments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Annuities | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Interests in an education IRA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Trusts, equit. or future int. (not in line 1) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26. | Patents, copyrights, and other intellectual prop. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27. | Licenses, franchises, other general intangibles | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Tax refunds owed to you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

IN RE:  **MICHAEL RYAN KULBARTZ**                                  CASE NO

CHAPTER   **7**

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 1*

**Exemption Totals by Category:**                                 Scheme Selected: **State**
(Values and liens of surrendered property are NOT included in this section)

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|---|---|---|---|---|---|---|
| 29. | Family support | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30. | Other amounts someone owes you | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Interests in insurance policies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Any int. in prop. due you from someone who has died | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Claims vs. third parties, even if no demand | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Other contin. and unliq. claims of every nature | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Any financial assets you did not already list | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38. | Accounts rec. or commissions you already earned | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39. | Office equipment, furnishings, and supplies | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40. | Mach., fixt., equip., bus. suppl., tools of trade | $750.00 | $0.00 | $750.00 | $750.00 | $0.00 |
| 41. | Inventory | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42. | Interests in partnerships or joint ventures | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43. | Customer and mailing lists, or other compilations | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 44. | Any business-related property not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47. | Farm animals | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48. | Crops--either growing or harvested | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49. | Farm/fishing equip., impl., mach., fixt., tools | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 50. | Farm and fishing supplies, chemicals, and feed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 51. | Farm/commercial fishing-related prop. not listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53. | Any other property of any kind not already listed | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$172,322.00** | **$160,176.00** | **$13,697.00** | **$13,697.00** | **$0.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE: **MICHAEL RYAN KULBARTZ**                                    CASE NO

                                                                    CHAPTER   7

## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

*Continuation Sheet # 2*

### Surrendered Property:

The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|---|---|---|---|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:

The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|---|---|---|---|---|
| **Real Property** | | | | |
| (None) | | | | |
| **Personal Property** | | | | |
| (None) | | | | |
| TOTALS: | $0.00 | $0.00 | $0.00 | $0.00 |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$172,322.00** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$172,322.00** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$160,176.00** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$160,176.00** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$13,697.00** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$13,697.00** |
| J. Total Exemptions Claimed | **$13,697.00** |
| K.  Total Non-Exempt Property Remaining  (G-J) | **$0.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **MICHAEL** | **RYAN** | **KULBARTZ** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                         12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1.  **Do any creditors have claims secured by your property?**

   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:**   **List All Secured Claims**

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1**

Describe the property that
secures the claim:

| | | |
|---|---|---|
| | $5,551.00 | $4,000.00 | $1,551.00 |

**KANE COUNTY TEACHER CREDIT**
Creditor's name
**PO BOX 1360**
Number     Street

**2006 HARLEY FATBOY
(approx. 30000 miles)**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**ELGIN          IL      60121**
City            State   ZIP Code

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
   **Purchase Money**

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

**Date debt was incurred**   **08/23/2014**   **Last 4 digits of account number**   **0   X   X   X**

Add the dollar value of your entries in Column A on this page. Write
that number here:

| |
|---|
| $5,551.00 |

Debtor 1   **MICHAEL RYAN KULBARTZ** _____   Case number (if known) _____

| Part 1: | **Additional Page** After listing any entries on this page, number them sequentially from the previous page. | *Column A* **Amount of claim** Do not deduct the value of collateral | *Column B* **Value of collateral that supports this claim** | *Column C* **Unsecured portion** If any |
|---|---|---|---|---|

| 2.2 |
|---|

**US BANK HOME MORTGAGE**
Creditor's name
**4801 FREDERICA ST**
Number    Street

Describe the property that secures the claim:

**SINGLE FAMILY HOME**

$154,625.00      $0.00      $154,625.00

_____

**OWENSBORO    KY   42301**
City                State   ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ Check if this claim relates to a community debt

Date debt was incurred   01/01/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☑ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number   X   X   X   X

Add the dollar value of your entries in Column A on this page. Write that number here:

$154,625.00

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:

$160,176.00

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2

| Fill in this information to identify your case: | |
|---|---|

| Debtor 1 | **MICHAEL**         **RYAN**         **KULBARTZ** |
|---|---|
| | First Name         Middle Name         Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name         Middle Name         Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

| Case number (if known) | |
|---|---|

☐ Check if this is an amended filing

## Official Form 106E/F

### Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**
    ☑ No. Go to Part 2.
    ☐ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

    (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

| 2.1 | | | | | |
|---|---|---|---|---|---|

Priority Creditor's Name

Number        Street

City        State        ZIP Code

**Last 4 digits of account number**    ___  ___  ___  ___

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☐ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Debtor 1  **MICHAEL RYAN KULBARTZ** _____  Case number (if known) _____

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
☑ Yes

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  |  |  | Total claim |
|--|--|--|--|

**4.1**

|  |  | $230.00 |
|--|--|--|

**AT & T MOBILITY**
Nonpriority Creditor's Name
**PO BOX 57547**
Number      Street

_____

**JACKSONVILLE      FL    32241**
City                State  ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  4  X  X  X
**When was the debt incurred?**  11/30/2016

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **UTILITIES BILL**

**4.2**

|  |  | $700.00 |
|--|--|--|

**CAMPTON HILLS**
Nonpriority Creditor's Name
**40W270 LA FOX ROAD**
Number      Street

**ST CHARLES      IL    60175**
City                State  ZIP Code

**Who incurred the debt?**  Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**  1  7  2  5
**When was the debt incurred?**  01/12/2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **TRAFFIC TICKET**

Debtor 1   **MICHAEL RYAN KULBARTZ**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.3**                                                                                    $526.00

**CAPITAL ONE NA**                        Last 4 digits of account number   5   X   X   X
Nonpriority Creditor's Name
**650 DUNDEE ROAD SUITE 370**             When was the debt incurred?   09/19/2017
Number      Street
                                          As of the date you file, the claim is: Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
**NORTHBROOK        IL     60062**        ☐ Disputed
City                State  ZIP Code
Who incurred the debt?  Check one.        Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?              **Credit Card**
☑ No
☐ Yes

**4.4**                                                                                    $3,694.00

**CHASE CARD**                            Last 4 digits of account number   X   X   X   X
Nonpriority Creditor's Name
**201 N WALNUT ST/DE1-1027**              When was the debt incurred?   03/25/2016
Number      Street
                                          As of the date you file, the claim is: Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
**WILMINGTON        DE     19801**        ☐ Disputed
City                State  ZIP Code
Who incurred the debt?  Check one.        Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?              **Credit Card**
☑ No
☐ Yes

**4.5**                                                                                    $742.00

**CITIBANK NA**                           Last 4 digits of account number   X   X   X   X
Nonpriority Creditor's Name
**2365 NORTHSIDE DRIVE SUITE 300**        When was the debt incurred?   09/29/2017
Number      Street
                                          As of the date you file, the claim is: Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
**SAN DIEGO         CA     92108**        ☐ Disputed
City                State  ZIP Code
Who incurred the debt?  Check one.        Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt  ☑ Other. Specify
Is the claim subject to offset?              **Credit Card**
☑ No
☐ Yes

Debtor 1    **MICHAEL RYAN KULBARTZ**                                        Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.6**

COMENITY BANK
Nonpriority Creditor's Name
2365 NORTHSIDE DRIVE STE 300
Number    Street

$930.00

Last 4 digits of account number    X  X  X  X
When was the debt incurred?    07/31/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

SAN DIEGO        CA    92108
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.7**

ENHANCED RECOVERY CO
Nonpriority Creditor's Name
8014 BAYBERRY RD
Number    Street

$230.00

Last 4 digits of account number    4  X  X  X
When was the debt incurred?    11/01/2016

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

JACKSONVILLE        FL    32256
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Collecting for - ATT MOBILITY**

**Is the claim subject to offset?**
☑ No
☐ Yes

**4.8**

GREENSKY TRADE CREDIT
Nonpriority Creditor's Name
PO BOX 530584
Number    Street

$6,468.46

Last 4 digits of account number    6  5  7  8
When was the debt incurred?    06/01/2017

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

ATLANTA        GA    30353-0584
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
   that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   **MICHAEL RYAN KULBARTZ** _____   Case number (if known) _____

| Part 2: | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.9 | | | $6,000.00 |

**GS LOAN SVCS/MACCRED**
Nonpriority Creditor's Name
**1797 NE EXPRESSWAY GS LOAN SVCS**
Number      Street

_____

**ATLANTA          GA    30329**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   X   X   X   X
**When was the debt incurred?**   03/31/2016
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

| 4.10 | | | $1,213.00 |

**KANE COUNTY TEACHER CREDIT**
Nonpriority Creditor's Name
**PO BOX 1360**
Number      Street

_____

**ELGIN          IL    60121**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   A   R   T   Z
**When was the debt incurred?**   08/01/2015
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

| 4.11 | | | $490.00 |

**KANE COUNTY TEACHER CREDIT**
Nonpriority Creditor's Name
**PO BOX 1360**
Number      Street

_____

**ELGIN          IL    60121**
City                State   ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number   A   R   T   Z
**When was the debt incurred?**   07/01/2014
**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Card**

Debtor 1   **MICHAEL RYAN KULBARTZ**                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.12 | | $742.00 |

**MIDLAND FUNDING**
Nonpriority Creditor's Name
**2365 NORTHSIDE DR STE30**
Number      Street
_____

**SAN DIEGO            CA    92108**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number   X   X   X   X**
**When was the debt incurred?**   09/01/2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - CITIBANK N.A.**

| 4.13 | | $930.00 |

**MIDLAND FUNDING**
Nonpriority Creditor's Name
**2365 NORTHSIDE DR STE30**
Number      Street
_____

**SAN DIEGO            CA    92108**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number   X   X   X   X**
**When was the debt incurred?**   07/01/2017

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - COMENITY BANK**

| 4.14 | | $577.10 |

**NICOR GAS**
Nonpriority Creditor's Name
**PO BOX 5407**
Number      Street
_____

**CAROL STREAM        IL    60197-5407**
City                    State   ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number   4   3   6   1**
**When was the debt incurred?**   01/01/2018

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **UTILITY BILL**

Debtor 1    **MICHAEL RYAN KULBARTZ** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.15 | | | $7,419.00 |
|---|---|---|---|

**SNAP-ON-CREDIT LLC**
Nonpriority Creditor's Name
**PO BOX 506**
Number        Street
_____
_____

**GURNEE        IL    60031**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    0   X   X   X**

**When was the debt incurred?    02/01/2016**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| 4.16 | | | $525.00 |
|---|---|---|---|

**THE BUREAUS INC**
Nonpriority Creditor's Name
**1717 CENTRAL ST**
Number        Street
_____
_____

**EVANSTON        IL    60201**
City                        State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number    5   X   X   X**

**When was the debt incurred?    09/01/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - CAPITAL ONE NA**

Debtor 1   **MICHAEL RYAN KULBARTZ**_____    Case number (if known) _____

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6.    Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only.
      28 U.S.C. § 159. Add the amounts for each type of unsecured claim.


|  |  |  |  | Total claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | **$0.00** |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | **$0.00** |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | **$0.00** |
|  | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. **+** | **$0.00** |
|  | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | **$0.00** |


|  |  |  |  | Total claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | **$0.00** |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | **$0.00** |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | **$0.00** |
|  | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. **+** | **$31,416.56** |
|  | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | **$31,416.56** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **MICHAEL** | **RYAN** | **KULBARTZ** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.   **Do you have any executory contracts or unexpired leases?**

☑  **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
☐  **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2.   **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   Person or company with whom you have the contract or lease          State what the contract or lease is for

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **MICHAEL** | **RYAN** | **KULBARTZ** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                             12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?** *(If you are filing a joint case, do not list either spouse as a codebtor.)*
    ☒ No
    ☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)*
    ☒ No. Go to line 3.
    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☐ No
        ☐ Yes

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use** *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

    *Column 1:* **Your codebtor**

    *Column 2:* **The creditor to whom you owe the debt**

    Check all schedules that apply:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | MICHAEL | RYAN | KULBARTZ |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106I

## Schedule I: Your Income                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Occupation | | MECHANIC | |
| Employer's name | | INTERSTATE POWER SYSTEMS | |
| Employer's address | | 210 ALEXANDRA WAY | |
| | | Number  Street | Number  Street |
| | | CAROL STREAM    IL    60188 | |
| | | City            State  Zip Code | City            State  Zip Code |

How long employed there?    1 MONTH    _____

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $5,727.19 | |
| 3. | Estimate and list monthly overtime pay. | 3. + | $179.23 | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $5,906.42 | |

Debtor 1    **MICHAEL RYAN KULBARTZ**                                    Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................. ➔ | 4. | $5,906.42 | |

5.  List all payroll deductions:

| | | | |
|---|---|---|---|
| 5a.  Tax, Medicare, and Social Security deductions | 5a. | $1,632.79 | _____ |
| 5b.  Mandatory contributions for retirement plans | 5b. | $182.43 | _____ |
| 5c.  Voluntary contributions for retirement plans | 5c. | $0.00 | _____ |
| 5d.  Required repayments of retirement fund loans | 5d. | $0.00 | _____ |
| 5e.  Insurance | 5e. | $76.61 | _____ |
| 5f.  Domestic support obligations | 5f. | $0.00 | _____ |
| 5g.  Union dues | 5g. | $375.48 | _____ |
| 5h.  Other deductions.<br>Specify: _____ | 5h.+ | $0.00 | _____ |

| | | | |
|---|---|---|---|
| 6.  Add the payroll deductions.   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $2,267.31 | _____ |
| 7.  Calculate total monthly take-home pay.      Subtract line 6 from line 4. | 7. | $3,639.11 | _____ |

8.  List all other income regularly received:

| | | | |
|---|---|---|---|
| 8a.  Net income from rental property and from operating a business, profession, or farm | 8a. | $0.00 | _____ |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b.  Interest and dividends | 8b. | $0.00 | _____ |
| 8c.  Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | $0.00 | _____ |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d.  Unemployment compensation | 8d. | $0.00 | _____ |
| 8e.  Social Security | 8e. | $0.00 | _____ |
| 8f.  Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: _____ | 8f. | $0.00 | _____ |
| 8g.  Pension or retirement income | 8g. | $0.00 | _____ |
| 8h.  Other monthly income.<br>Specify: _____ | 8h.+ | $0.00 | _____ |

| | | | |
|---|---|---|---|
| 9.  Add all other income.  Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | _____ |
| 10.  Calculate monthly income.  Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $3,639.11 + _____ = | $3,639.11 |

11.  **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| | | | |
|---|---|---|---|
| Specify: _____ | 11. | + | $0.00 |

| | | |
|---|---|---|
| 12.  **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies. | 12. | $3,639.11 |
| | | **Combined monthly income** |

13.  **Do you expect an increase or decrease within the year after you file this form?**

☑ No.          **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

| Debtor 1 | **MICHAEL** | **RYAN** | **KULBARTZ** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

## Schedule J: Your Expenses                                           12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent................

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **DAUGHTER** | **0** | ☐ No ☑ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |
| | _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

**Your expenses**

4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot.    4.    **$1,541.00**

   If not included in line 4:

   4a.  Real estate taxes    4a. _____

   4b.  Property, homeowner's, or renter's insurance    4b. _____

   4c.  Home maintenance, repair, and upkeep expenses    4c. **$100.00**

   4d.  Homeowner's association or condominium dues    4d. _____

Debtor 1    **MICHAEL RYAN KULBARTZ** _____    Case number (if known) _____

**Your expenses**

| | | | | |
|---|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | | |
| 6. | **Utilities:** | | | |
| | 6a.   Electricity, heat, natural gas | 6a. | | $220.00 |
| | 6b.   Water, sewer, garbage collection | 6b. | | $101.66 |
| | 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | | $100.00 |
| | 6d.   Other.  Specify: _____ | 6d. | | |
| 7. | **Food and housekeeping supplies** | 7. | | $550.00 |
| 8. | **Childcare and children's education costs** | 8. | | $150.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | | $100.00 |
| 10. | **Personal care products and services** | 10. | | $10.00 |
| 11. | **Medical and dental expenses** | 11. | | $40.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | | $275.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | | $100.00 |
| 14. | **Charitable contributions and religious donations** | 14. | | |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a.   Life insurance | 15a. | | |
| | 15b.   Health insurance | 15b. | | |
| | 15c.   Vehicle insurance | 15c. | | $67.00 |
| | 15d.   Other insurance. Specify: _____ | 15d. | | |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | | |
| 17. | **Installment or lease payments:** | | | |
| | 17a.   Car payments for Vehicle 1    **MOTOR CYCLE** | 17a. | | $205.00 |
| | 17b.   Car payments for Vehicle 2 | 17b. | | |
| | 17c.   Other. Specify: _____ | 17c. | | |
| | 17d.   Other. Specify: _____ | 17d. | | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | | |

Debtor 1    **MICHAEL RYAN KULBARTZ**                              Case number (if known) _____

**20.  Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

| | | | |
|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | _____ |
| 20b. | Real estate taxes | 20b. | _____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | _____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | _____ |
| 20e. | Homeowner's association or condominium dues | 20e. | _____ |

**21.  Other.  Specify:** _____    21.  **+** _____

**22.  Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | $3,559.66 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. | $3,559.66 |

**23.  Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $3,639.11 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **–** | $3,559.66 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | $79.45 |

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.  Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **MICHAEL** | **RYAN** | **KULBARTZ** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☐ No

☑ Yes. Name of person   Edward J Gremo Jr _____   Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____   X _____

MICHAEL RYAN KULBARTZ, Debtor 1   Signature of Debtor 2

Date 05/22/2018   Date _____
MM / DD / YYYY   MM / DD / YYYY

**Fill in this information to identify your case:**

| Debtor 1 | **MICHAEL** | **RYAN** | **KULBARTZ** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy     04/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☐ Married
    ☑ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☐ No
    ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | | Dates Debtor 1 lived there | Debtor 2: | | Dates Debtor 2 lived there |
|---|---|---|---|---|---|
| | | | ☐ Same as Debtor 1 | | ☐ Same as Debtor 1 |
| **418 CENTER AVE** | | From   **01/2014** | | | From _____ |
| Number   Street | | To     **01/2016** | Number   Street | | To _____ |
| **AURORA**   **IL**   **60505** | | | | | |
| City   State   ZIP Code | | | City   State   ZIP Code | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1   **MICHAEL RYAN KULBARTZ** _____   Case number (if known) _____

| **Part 2:** | **Explain the Sources of Your Income** |
|---|---|

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | **Debtor 1** | | **Debtor 2** | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$150.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, _2017_ )<br>             YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$1,256.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, _2016_ )<br>             YYYY | ☐ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$317.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☑ No
☐ Yes. Fill in the details.

Debtor 1    **MICHAEL RYAN KULBARTZ**_____    Case number (if known) _____

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No.  Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.  Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **US BANK HOME MORTGAGE**_____ Creditor's name | | $4,625.25 | $154,625.00 | ☑ Mortgage |
| **4801 FREDERICA STREET**_____ Number     Street | **FEB 2018** **MARCH 2018** **APRIL 2018** | | | ☐ Car ☐ Credit card ☐ Loan repayment ☐ Suppliers or vendors |
| _____ | | | | ☐ Other _____ |
| **OWENSBORO    KY   42301**_ City            State    ZIP Code | | | | |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

Debtor 1 **MICHAEL RYAN KULBARTZ** _____   Case number (if known) _____

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

## Part 4:   Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No
☐ Yes.  Fill in the details.

10.  **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No.  Go to line 11.
☐ Yes.  Fill in the information below.

11.  **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes.  Fill in the details.

12.  **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5:   List Certain Gifts and Contributions

13.  **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes.  Fill in the details for each gift.

14.  **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No
☐ Yes.  Fill in the details for each gift or contribution.

Debtor 1   **MICHAEL RYAN KULBARTZ**                    Case number (if known) _____

## Part 6:   List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

## Part 7:   List Certain Payments or Transfers

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **EDWARD J GREMO JR**<br>Person Who Was Paid | **CASH 50.00** | | |
| **2724 PLANTE ROAD**<br>Number   Street | | **05/10/2018** | **$50.00** |
| **NORTH AURORA   IL   60542**<br>City   State   ZIP Code | | | |
| **SUPERIOR411@YAHOO.COM**<br>Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

Debtor 1    **MICHAEL RYAN KULBARTZ**                        Case number (if known) _____

**Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
    ☑ No
    ☐ Yes. Fill in the details.

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ No
    ☐ Yes. Fill in the details.

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1    **MICHAEL RYAN KULBARTZ**                                      Case number (if known) _____

**25.** Have you notified any governmental unit of any release of hazardous material?

☑ No

☐ Yes.  Fill in the details.

**26.** Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.

☑ No

☐ Yes.  Fill in the details.

---

**Part 11:    Give Details About Your Business or Connections to Any Business**

**27.** Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies.  Go to Part 12.

☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **JAILHOUSE CUSTOMS** | Describe the nature of the business | Employer Identification number |
| Business Name | **MOTORCYCLE MECHANIC** | Do not include Social Security number or ITIN. |
| **141 NORTH JUNIPER STREET** | | EIN: ___  ___  –  ___  ___  ___  ___  ___  ___  ___ |
| Number    Street | Name of accountant or bookkeeper | |
| | **MICHAEL R KULBARTZ** | Dates business existed |
| | | From   01/2012   To  CURRENT |
| **CORTLAND**    IL    60112 | | |
| City    State   ZIP Code | | |

**28.** Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.

☑ No

☐ Yes.  Fill in the details below.

Debtor 1    **MICHAEL RYAN KULBARTZ**                                    Case number (if known) _____

---

| **Part 12:** | **Sign Below** |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury
that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or
property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years,
or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____      X _____
    MICHAEL RYAN KULBARTZ, Debtor 1          Signature of Debtor 2

Date 05/22/2018                          Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☐ No
☑ Yes.  Name of person   **Edward J Gremo Jr** _____      Attach the *Bankruptcy Petition Preparer's Notice,*
                                                                      *Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| Debtor 1 | MICHAEL | RYAN | KULBARTZ |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:

- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause.  You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Hold Secured Claims

1.    For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **KANE COUNTY TEACHER CREDIT** | ☑ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |
| Description of property securing debt: **2006 HARLEY FATBOY (approx. 30000 miles)** | | |
| Creditor's name: **US BANK HOME MORTGAGE** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and [explain]: | ☐ No <br> ☐ Yes |
| Description of property securing debt: **SINGLE FAMILY HOME** | | |

Debtor 1    **MICHAEL RYAN KULBARTZ** _____    Case number (if known) _____

| **Part 2:** | **List Your Unexpired Personal Property Leases** |
|---|---|

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G),
fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not
yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                   Will this lease be assumed?

**None.**

| **Part 3:** | **Sign Below** |
|---|---|

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and
personal property that is subject to an unexpired lease.

X _____    X _____
  MICHAEL RYAN KULBARTZ, Debtor 1        Signature of Debtor 2

Date 05/22/2018                         Date _____
    MM / DD / YYYY                          MM / DD / YYYY

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

- **You are an individual filing for bankruptcy,** and

- **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 -- Liqudation

- Chapter 11 -- Reorganization

- Chapter 12 -- Voluntary repayment plan for family farmers or fishermen

- Chapter 13 -- Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:  Liquidation

|   |   |   |
|---|---|---|
|   | $245 | filing fee |
|   | $75 | administrative fee |
| + | $15 | trustee surcharge |
|   | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors.  The primary purpose of filing under chapter 7 is to have your debts discharged.  The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge.  For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that the even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law.  Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and

- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;

- fraud or defalcation while acting in breach of fiduciary capacity;

- intentional injuries that you inflicted; and

- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A-2).

If your income is above the median for your state, you must file a second form--the *Chapter 7 Means Test Calculation* (Official Form 122A-2). The calculations on the form-- sometimes called the *Means Test*--deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income

for your state of residence and family size, depending on the results of the *Means Test,* the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property.* Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12:  Repayment plan for family farmers or fishermen

|   |       |                    |
|---|-------|--------------------|
|   | $200  | filing fee         |
| + | $75   | administrative fee |
|   | $275  | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13:  Repayment plan for individuals with regular income

|   |       |                    |
|---|-------|--------------------|
|   | $235  | filing fee         |
| + | $75   | administrative fee |
|   | $310  | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

---

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and local rules of the court.

For more information about the documents and their deadlines, go to:

http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury--either orally or in writing--in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together--called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from:

http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to:

http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCreditAndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:   **MICHAEL RYAN KULBARTZ**                                    CASE NO

                                                                     CHAPTER   **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  05/22/2018                          Signature _____
                                                     *MICHAEL RYAN KULBARTZ*

Date _____              Signature _____

AT & T MOBILITY
PO BOX 57547
JACKSONVILLE FL 32241


CAMPTON HILLS
40W270 LA FOX ROAD
ST CHARLES IL 60175


CAPITAL ONE NA
650 DUNDEE ROAD SUITE 370
NORTHBROOK IL 60062


CHASE CARD
201 N WALNUT ST/DE1-1027
WILMINGTON DE 19801


CITIBANK NA
2365 NORTHSIDE DRIVE SUITE 300
SAN DIEGO CA 92108


COMENITY BANK
2365 NORTHSIDE DRIVE STE 300
SAN DIEGO CA 92108


ENHANCED RECOVERY CO
8014 BAYBERRY RD
JACKSONVILLE FL 32256


GREENSKY TRADE CREDIT
PO BOX 530584
ATLANTA GA 30353-0584


GS LOAN SVCS/MACCRED
1797 NE EXPRESSWAY GS LOAN SVCS
ATLANTA GA 30329

KANE COUNTY TEACHER CREDIT
PO BOX 1360
ELGIN IL 60121


MIDLAND FUNDING
2365 NORTHSIDE DR STE30
SAN DIEGO CA 92108


NICOR GAS
PO BOX 5407
CAROL STREAM IL 60197-5407


SNAP-ON-CREDIT LLC
PO BOX 506
GURNEE IL 60031


THE BUREAUS INC
1717 CENTRAL ST
EVANSTON IL 60201


US BANK HOME MORTGAGE
4801 FREDERICA ST
OWENSBORO KY 42301

AT & T MOBILITY
PO BOX 57547
JACKSONVILLE FL 32241

MIDLAND FUNDING
2365 NORTHSIDE DR STE30
SAN DIEGO CA 92108


CAMPTON HILLS
40W270 LA FOX ROAD
ST CHARLES IL 60175

NICOR GAS
PO BOX 5407
CAROL STREAM IL 60197-5407


CAPITAL ONE NA
650 DUNDEE ROAD SUITE 370
NORTHBROOK IL 60062

SNAP-ON-CREDIT LLC
PO BOX 506
GURNEE IL 60031


CHASE CARD
201 N WALNUT ST/DE1-1027
WILMINGTON DE 19801

THE BUREAUS INC
1717 CENTRAL ST
EVANSTON IL 60201


CITIBANK NA
2365 NORTHSIDE DRIVE SUITE 300
SAN DIEGO CA 92108

US BANK HOME MORTGAGE
4801 FREDERICA ST
OWENSBORO KY 42301


COMENITY BANK
2365 NORTHSIDE DRIVE STE 300
SAN DIEGO CA 92108


ENHANCED RECOVERY CO
8014 BAYBERRY RD
JACKSONVILLE FL 32256


GREENSKY TRADE CREDIT
PO BOX 530584
ATLANTA GA 30353-0584


GS LOAN SVCS/MACCRED
1797 NE EXPRESSWAY GS LOAN SVCS
ATLANTA GA 30329


KANE COUNTY TEACHER CREDIT
PO BOX 1360
ELGIN IL 60121

AT & T MOBILITY
PO BOX 57547
JACKSONVILLE FL 32241

MIDLAND FUNDING
2365 NORTHSIDE DR STE30
SAN DIEGO CA 92108

CAMPTON HILLS
40W270 LA FOX ROAD
ST CHARLES IL 60175

NICOR GAS
PO BOX 5407
CAROL STREAM IL 60197-5407

CAPITAL ONE NA
650 DUNDEE ROAD SUITE 370
NORTHBROOK IL 60062

SNAP-ON-CREDIT LLC
PO BOX 506
GURNEE IL 60031

CHASE CARD
201 N WALNUT ST/DE1-1027
WILMINGTON DE 19801

THE BUREAUS INC
1717 CENTRAL ST
EVANSTON IL 60201

CITIBANK NA
2365 NORTHSIDE DRIVE SUITE 300
SAN DIEGO CA 92108

US BANK HOME MORTGAGE
4801 FREDERICA ST
OWENSBORO KY 42301

COMENITY BANK
2365 NORTHSIDE DRIVE STE 300
SAN DIEGO CA 92108

ENHANCED RECOVERY CO
8014 BAYBERRY RD
JACKSONVILLE FL 32256

GREENSKY TRADE CREDIT
PO BOX 530584
ATLANTA GA 30353-0584

GS LOAN SVCS/MACCRED
1797 NE EXPRESSWAY GS LOAN
SVCS
ATLANTA GA 30329

KANE COUNTY TEACHER CREDIT
PO BOX 1360
ELGIN IL 60121

# UNITED STATES BANKRUPTCY COURT FOR THE

*NORTHERN DISTRICT OF ILLINOIS*
*WESTERN DIVISION (ROCKFORD)*

In re:                                              Case No.:
**MICHAEL RYAN KULBARTZ** _____    SSN:  __xxx-xx-5903__
_____    SSN: _____
Debtor(s)

## Numbered Listing of Creditors

Address:
**141 NORTH JUNIPER STREET**                 Chapter:   **7**
**CORTLAND IL 60112**

| Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|
| 1.   AT & T MOBILITY<br>PO BOX 57547<br>JACKSONVILLE FL 32241<br>xxxxx4XXX | Unsecured Claim | $230.00 |
| 2.   CAMPTON HILLS<br>40W270 LA FOX ROAD<br>ST CHARLES IL 60175<br>xxxx1725 | Unsecured Claim | $700.00 |
| 3.   CAPITAL ONE NA<br>650 DUNDEE ROAD SUITE 370<br>NORTHBROOK IL 60062<br>xxxxx5XXX | Unsecured Claim | $526.00 |
| 4.   CHASE CARD<br>201 N WALNUT ST/DE1-1027<br>WILMINGTON DE 19801<br>xxxxxxxxXXXX | Unsecured Claim | $3,694.00 |
| 5.   CITIBANK NA<br>2365 NORTHSIDE DRIVE SUITE 300<br>SAN DIEGO CA 92108<br>xxxxxxXXXX | Unsecured Claim | $742.00 |
| 6.   COMENITY BANK<br>2365 NORTHSIDE DRIVE STE 300<br>SAN DIEGO CA 92108<br>xxxxxxXXXX | Unsecured Claim | $930.00 |

in re:  **MICHAEL RYAN KULBARTZ**

| Debtor | | Case No. (if known) |
|---|---|---|
| Creditor name and mailing address | Category of claim | Amount of claim |
| 7.  ENHANCED RECOVERY CO<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256<br>xxxxx4XXX | Unsecured Claim | $230.00 |
| 8.  GREENSKY TRADE CREDIT<br>PO BOX 530584<br>ATLANTA GA 30353-0584<br>xxxxxxxxxxxx6578 | Unsecured Claim | $6,468.46 |
| 9.  GS LOAN SVCS/MACCRED<br>1797 NE EXPRESSWAY GS LOAN SVCS<br>ATLANTA GA 30329<br>xxxxxxxxxxxXXXX | Unsecured Claim | $6,000.00 |
| 10.  KANE COUNTY TEACHER CREDIT<br>PO BOX 1360<br>ELGIN IL 60121<br>xxxxxxx xxxxARTZ | Unsecured Claim | $1,213.00 |
| 11.  KANE COUNTY TEACHER CREDIT<br>PO BOX 1360<br>ELGIN IL 60121<br>xxxxxxx xxxxARTZ | Unsecured Claim | $490.00 |
| 12.  KANE COUNTY TEACHER CREDIT<br>PO BOX 1360<br>ELGIN IL 60121<br>xxxxx0XXX | Secured Claim | $5,551.00 |
| 13.  MIDLAND FUNDING<br>2365 NORTHSIDE DR STE30<br>SAN DIEGO CA 92108<br>xxxxxxXXXX | Unsecured Claim | $742.00 |
| 14.  MIDLAND FUNDING<br>2365 NORTHSIDE DR STE30<br>SAN DIEGO CA 92108<br>xxxxxxXXXX | Unsecured Claim | $930.00 |
| 15.  NICOR GAS<br>PO BOX 5407<br>CAROL STREAM IL 60197-5407<br>xxxxxxx4361 | Unsecured Claim | $577.10 |

in re:   **MICHAEL RYAN KULBARTZ**

| | Debtor | | Case No. (if known) |
|---|---|---|---|

| | Creditor name and mailing address | Category of claim | Amount of claim |
|---|---|---|---|
| 16. | SNAP-ON-CREDIT LLC<br>PO BOX 506<br>GURNEE IL 60031<br>xxxxx0XXX | Unsecured Claim | $7,419.00 |
| 17. | THE BUREAUS INC<br>1717 CENTRAL ST<br>EVANSTON IL 60201<br>xxxxx5XXX | Unsecured Claim | $525.00 |
| 18. | US BANK HOME MORTGAGE<br>4801 FREDERICA ST<br>OWENSBORO KY 42301<br>xxxxxxxxxXXXX | Secured Claim | $154,625.00 |

(The penalty for making a false statement or concealing property is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. secs. 152 and 3571.)

## DECLARATION

I,  **MICHAEL RYAN KULBARTZ**                                                                                          ,

named as debtor in this case, declare under penalty of perjury that I have read the foregoing    *Numbered Listing of Creditors,*

consisting of ___3___ sheets (including this declaration), and that it is true and correct to the best of my information and belief.

Debtor: _____    Date: 05/22/2018

    MICHAEL RYAN KULBARTZ

Page 3

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:   **MICHAEL RYAN KULBARTZ**

CASE NO.

CHAPTER      **7**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 22, 2018, a copy of the attached Chapter 13 Plan, with any attachments, was served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rules.

Date: 05/22/2018

Attorney for the Debtor(s)

| | | |
|---|---|---|
| AT & T MOBILITY<br>xxxxx4XXX<br>PO BOX 57547<br>JACKSONVILLE FL 32241 | COMENITY BANK<br>xxxxxxXXXX<br>2365 NORTHSIDE DRIVE STE 300<br>SAN DIEGO CA 92108 | KANE COUNTY TEACHER CREDIT<br>xxxxx0XXX<br>PO BOX 1360<br>ELGIN IL 60121 |
| CAMPTON HILLS<br>xxxx1725<br>40W270 LA FOX ROAD<br>ST CHARLES IL 60175 | ENHANCED RECOVERY CO<br>xxxxx4XXX<br>8014 BAYBERRY RD<br>JACKSONVILLE FL 32256 | MICHAEL RYAN KULBARTZ<br>141 NORTH JUNIPER STREET<br>CORTLAND IL 60112 |
| CAPITAL ONE NA<br>xxxxx5XXX<br>650 DUNDEE ROAD SUITE 370<br>NORTHBROOK IL 60062 | GREENSKY TRADE CREDIT<br>xxxxxxxxxxx6578<br>PO BOX 530584<br>ATLANTA GA 30353-0584 | MIDLAND FUNDING<br>xxxxxxXXXX<br>2365 NORTHSIDE DR STE30<br>SAN DIEGO CA 92108 |
| CHASE CARD<br>xxxxxxxXXXX<br>201 N WALNUT ST/DE1-1027<br>WILMINGTON DE 19801 | GS LOAN SVCS/MACCRED<br>xxxxxxxxxxxXXXX<br>1797 NE EXPRESSWAY GS LOAN<br>SVCS<br>ATLANTA GA 30329 | NICOR GAS<br>xxxxxxx4361<br>PO BOX 5407<br>CAROL STREAM IL 60197-5407 |
| CITIBANK NA<br>xxxxxxXXXX<br>2365 NORTHSIDE DRIVE SUITE 300<br>SAN DIEGO CA 92108 | KANE COUNTY TEACHER CREDIT<br>xxxxxxx xxxxARTZ<br>PO BOX 1360<br>ELGIN IL 60121 | SNAP-ON-CREDIT LLC<br>xxxxx0XXX<br>PO BOX 506<br>GURNEE IL 60031 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:   **MICHAEL RYAN KULBARTZ**                    CASE NO.

CHAPTER    **7**

## CERTIFICATE OF SERVICE

(Continuation Sheet #1)

THE BUREAUS INC
xxxxx5XXX
1717 CENTRAL ST
EVANSTON IL 60201


US BANK HOME MORTGAGE
xxxxxxxxxXXXX
4801 FREDERICA ST
OWENSBORO KY 42301